UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Thomas Boglino
Plaintiff(s),

vs.

Volkswagen of West Islip, et al
Defendant(s).

ATTORNEY: LAW OFFICES OF YALE POLLACK, P.C.

CASE NUMBER: 2:24-CV-00704-NJC-ARL

DATE OF FILING: 02/05/2024

# AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, Nicholas Lupo, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **2/6/2024** at **12:43 PM** at **130 Sunrise Highway, West Islip, NY 11795**,
Deponent served the **Summons in a Civil Action, Complaint Jury Trial Requested** upon **Jeff Zonen**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Edwin "Doe" - refused to provide name, Receptionist**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant/respondent/recipient actual place of business and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **Tan/Hispanic**  Hair: **Black**  Age (Approx): **35**  Height(Approx): **5'10"**  Weight(Approx): **200-225 lbs**  Glasses: **No**  Other:

On **02/07/2024**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of business in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Nicholas Lupo

Sworn to before me this

February_____8_____2024

--------------------------------
ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Executive Attorney Service, Inc. 100 Crossways Park Dr W, Ste 402, Woodbury, NY 11797 5162261073 Lic# 1422060
Case No: 1696958